FISHER, BRUCE & CO. *v.* UNITED STATES

**No. 7091.**—Invoices dated Hanley, England, November 12, 1941, etc.
  Certified November 18, 1941, etc.
  Entered at Philadelphia, Pa., December 23, 1941, etc.
  Entry No. 1683, etc.

(Decided March 26, 1947)

*B. A. Levett* for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
  (Stipulation omitted.)
  On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.
  Judgment will be rendered accordingly.

DOULTON & CO., INC., ET AL. *v.* UNITED STATES

**No. 7092.**—Invoices dated Birmingham, England, March 1946, etc.
  Certified March 18, 1946, etc.
  Entered at New York, N. Y., April 5, 1946, etc.
  Entry No. 750515, etc.

(Decided March 26, 1947)

*B. A. Levett* for the plaintiffs.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
  (Stipulation omitted.)
  On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.
  Judgment will be rendered accordingly.